IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:21CV103-GCM

| | |
|---|---|
| COURTNEY D. STEPHENSON, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CAROLINA PHYSICIANS NETWORK, ) <br> INC., ATRIUM HEALTH, INC., and THE ) <br> CHARLOTTE-MECKLENBURG ) <br> HOSPITAL AUTHORITY, ) <br> ) <br> Defendants. ) <br> _____ ) | ORDER |

This matter is before the Court upon its own motion. The undersigned hereby recuses himself from further proceedings in this case. The Clerks' Office is directed to reassign this case to another judge.

IT IS SO ORDERED.

Signed: May 10, 2021

Graham C. Mullen
United States District Judge