# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:21-CV-103-FDW-DCK

| | |
|---|---|
| **COURTNEY D. STEPHENSON,** | ) |
| **Plaintiff,** | ) |
| v. | ) **ORDER** |
| **ATRIUM HEALTH, INC. , CAROLINAS PHYSICIANS NETWORK, INC., and THE CHARLOTTE-MECKLENBURG HOSPITAL AUTHORITY,** | ) |
| **Defendants.** | ) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding scheduling concerns. This action has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate.

Pursuant to Judge Whitney's "Case Management Order" (Document No. 18, p. 5), the undersigned held an informal telephone conference on October 26, 2021, regarding discovery disputes in this case. Regrettably, the issues in dispute are not well-suited to resolution through this informal process. As discussed during the call, if counsel are unable to reach a compromise on the issues, it will likely be necessary for Plaintiff to file a motion for protective order and/or a motion to compel.

**IT IS, THEREFORE, ORDERED** that Plaintiff may file a Motion For Protective Order and/or a Motion To Compel, regarding currently pending discovery disputes, on or before **November 5, 2021**. Responses are due **November 15, 2021**; and Replies are due **November 19, 2021**.

**SO ORDERED**.

Signed: October 26, 2021

David C. Keesler
United States Magistrate Judge