IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:21-CV-103-FDW-DCK

| | |
|---|---|
| **COURTNEY D. STEPHENSON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **ATRIUM HEALTH, INC., CAROLINAS** ) | |
| **PHYSICIANS NETWORK, INC., and THE** ) | |
| **CHARLOTTE-MECKLENBURG** ) | |
| **HOSPITAL AUTHORITY,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on "Plaintiff's Motion For Protective Order" (Document No. 35) filed November 5, 2021. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate.

"Plaintiff's Motion For Protective Order" has now been fully briefed. See (Document Nos. 36, 37, and 39). The crux of Plaintiff's request is that certain communications including Jonathan Marshall are protected by attorney-client privilege and should not be disclosed. In support of the motion, Plaintiff has proposed that "[i]f necessary to determine the merits of the instant motion, Plaintiff will submit these communications for *in camera* review." (Document No. 36, p. 10). Moreover, Defendants have asserted that "[a]t minimum, this Court should review the withheld communications *in camera* to determine which, if any, had the primary purpose of seeking Marshall's legal advice." (Document No. 37, p. 6).

The undersigned finds that review of the communications Plaintiff seeks to protect may assist the Court's decision on the pending motion.

**IT IS, THEREFORE, ORDERED** that Plaintiff shall submit copies of the communications including Jonathan Marshall that Plaintiff seeks to protect from disclosure to the undersigned's chambers on or before **December 6, 2021**.

**SO ORDERED**.

Signed: November 24, 2021

David C. Keesler
United States Magistrate Judge