IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:21-CV-103-FDW-DCK

| | |
|---|---|
| COURTNEY D. STEPHENSON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CAROLINAS PHYSICIANS NETWORK, ) <br> INC., ATRIUM HEALTH, INC., and ) <br> THE CHARLOTTE-MECKLENBURG ) <br> HOSPITAL AUTHORITY, ) <br> ) <br> Defendants. ) <br> ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The parties filed a "Joint Motion Of Resolution" (Document No. 49) notifying the Court that the parties have reached an agreement to resolve this matter confidentially. The Court commends counsel and the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case on or before **March 7, 2022**.

**IT IS FURTHER ORDERED** that Defendants' "Motion To Reopen Discovery And Allow Third-Party Discovery" (Document No. 47) is **DENIED AS MOOT**.

**SO ORDERED**.

Signed: February 9, 2022

David C. Keesler
United States Magistrate Judge